# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Elle & ES Investment, Inc.,    :      CIVIL 09 - 1240 (PGS)
        V.                          :
City of East Orange, et al     :      ORDER FOR DISMISSAL
                                    :         Pursuant to General
                                    :              Rule 41.1

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since notice from the Clerk on September 2, 2009,

It is on this 17 day of Sept 2009,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

                                                 _____
                                                 PETER G. SHERIDAN, U.S.D.J.